## PEOPLE v. O'DEN

CRIMINAL LAW—EQUAL PROTECTION OF THE LAWS—SENTENCE.
   A sentence imposed on a person convicted of a crime does not
   deny him equal protection of the laws as long as it is within
   ·the statutory maximum period of imprisonment.

Appeal from Recorder's Court of Detroit, Gillis (Joseph A.), J. Submitted Division 1 November 19, 1968, at Detroit. (Docket No. 5,530.) Decided December 20, 1968.

Michael Lee O'Den was convicted on plea of guilty of assault with intent to rob being armed. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Melvin Nord,* for defendant on appeal.

PER CURIAM. Defendant Michael Lee O'Den pleaded guilty to the charge of assault with intent

REFERENCES FOR POINTS IN HEADNOTE

21 Am Jur 2d, Criminal Law §§ 535, 536, 582, 590, 591.
Character of offense as a felony as affected by discretion of court
   or jury as regards punishment. 95 ALR 1115.
Constitutionality of statute which makes specified punishment or
   penalty mandatory and permits no exercise of discretion on
   part of court or jury. 83 ALR 1362.

to rob being armed contrary to CL 1948, § 750.89 (Stat Ann 1962 Rev § 28.284). He was sentenced to a term of eight to fifteen years' imprisonment. On appeal it is contended that the sentence imposed is a violation of the equal protection of the laws. The people have filed a motion to affirm the conviction and sentence.

The sentence is well within the statutory maximum. The question presented here on appeal is unsubstantial and requires no formal argument or submission.

Affirmed.

LESINSKI, C. J., and FITZGERALD and QUINN, JJ., concurred.